## I. IN THE UNITED STATES DISTRICT COURT
## II. FOR THE EASTERN DISTRICT OF TEXAS
## III. MARSHALL DIVISION

| | |
|---|---|
| DIGITALDOORS, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:22-CV-00457-JRG-RSP |
| § | |
| INTERNATIONAL BUSINESS MACHINES § | |
| CORPORATION, § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by DigitalDoors, Inc. ("Plaintiff") and International Business Machines Corporation ("Defendant"). (Dkt. No. 76.) In the Stipulation, the parties request and stipulate to, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), dismissal WITH prejudice of Plaintiff's claims. (*Id.* at 1).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 17th day of April, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE